■ GRACE BUCHAN et al., Respondents, v ASTORIA GENERAL HOSPITAL, Appellant. [774 NYS2d 831]—In an action, inter alia, to recover damages for personal injuries and wrongful death, the defendant appeals from so much of an order of the Supreme Court, Queens County (Schmidt, J.), entered January 6, 2003, as denied its motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

There are triable issues of fact requiring the denial of summary judgment. Santucci, J.P., Krausman, Schmidt and Rivera, JJ., concur.

■ JOSEPH BUENO, Respondent, v SANDY COLEMAN, Appellant. [775 NYS2d 875]—In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Nassau County (Burke, J.), dated June 13, 2003, which denied her motion for summary judgment dismissing the complaint on the ground that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is reversed, on the law, with costs, the motion is granted, and the complaint is dismissed.

The defendant made a prima facie showing that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject motor vehicle accident (*see Toure v Avis Rent A Car Sys.*, 98 NY2d 345 [2002]; *Gaddy v Eyler*, 79 NY2d 955 [1992]). The affirmation of the plaintiff's physician, submitted in opposition to the defendant's motion, failed to raise a triable issue of fact. Accordingly, the defendant was entitled to summary judgment dismissing the complaint. Santucci, J.P., Smith, Luciano and Adams, JJ., concur.